* The Honorable William G. East, Senior United States District Judge for the District of Oregon,

ors, peers, and students in a conciliatory manner.

The judgment of the district court is therefore affirmed.

**TAXPAYERS FOR VINCENT, an unincorporated political association, and Candidates' Outdoor Graphics Service (COGS) a California corporation, Plaintiffs/Appellants,**

v.

**MEMBERS OF the CITY COUNCIL OF the CITY OF LOS ANGELES; and Edward D. Longley as Director of the Bureau of Street Maintenance for the City of Los Angeles, Defendants/Appellees.**

No. 80–5686.

United States Court of Appeals, Ninth Circuit.

July 20, 1984.

Wayne S. Canterbury, San Francisco, Cal., for plaintiffs/appellants.

Anthony S. Alperin, Deputy City Atty., Los Angeles, Cal., for defendants/appellees.

Before NELSON and REINHARDT, Circuit Judges and EAST,* District Judge.

On May 15, 1984, the Supreme Court reversed our judgment (682 F.2d 847) *see Members of the City Council of the City of Los Angeles et al. v. Taxpayers for Vincent et al.,* —— U.S. ——, 104 S.Ct. 2118, 80 L.Ed.2d 772 (1984), and remanded the case to us. We therefore remand to the district court for action consistent with the Supreme Court opinion.